Case 1:23-cr-00342-JRR   Document 1   Filed 09/06/23   Page 1 of 1

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

4:03 pm, Sep 06 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:23-mj-02360-BPG |
| DEVIN GRAY | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 5 and 27, 2023  in the county of  Baltimore City  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(g)(1) | Possession of a firearm by a previously convicted person |
| 18 U.S.C. Sec. 922(o) | Possession of a machinegun |
| 21 U.S.C. Sec. 841(a)(1) | Possession with intent to distribute narcotics |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Eugene Theisen*
*Complainant's signature*

Special Agent Eugene Theisen, ATF
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  September 6, 2023

*Judge's signature*

City and state:  Baltimore, Maryland   Hon. Beth P. Gesner, U.S. Mag. Judge
*Printed name and title*