JTW: 09.25.23
MCH USAO# 2023R00163

```
_____ FILED       _____ ENTERED
_____ LOGGED      _____ RECEIVED
```

SEP 2 6 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY  DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **JRR-23-342** |
| | * | |
| v. | * | (Possession of a Firearm and |
| | * | Ammunition by a Convicted Person, 18 |
| **DEVIN MARCUS GRAY,** | * | U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. |
| a/k/a "Ricco," | * | § 924(d), 21 U.S.C. § 853(p), 28 U.S.C. |
| a/k/a "Cutty" | * | § 2461(c)) |
| | * | |
| Defendant. | * | |

*****

## INDICTMENT

### COUNT ONE
(Possession of Ammunition by a Convicted Person)

The Grand Jury for the District of Maryland further charges that:

On or about April 5, 2023, in the District of Maryland, the defendant,

**DEVIN MARCUS GRAY,**
a/k/a "Ricco,"
a/k/a "Cutty,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, 7 rounds of 9mm ammunition, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Possession of a Firearm and Ammunition by a Convicted Person)

The Grand Jury for the District of Maryland further charges that:

On or about April 27, 2023, in the District of Maryland, the defendant,

**DEVIN MARCUS GRAY,**
a/k/a "Ricco,"
a/k/a "Cutty,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, one Mossberg 9mm handgun, serial number 047440CP, loaded with 10 rounds of 9mm ammunition, and that the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Counts One through Two.

### Firearms and Ammunition Forfeiture

2. Upon conviction of any of the offenses alleged in Counts One and Two of this Indictment, the Defendant,

**DEVIN GRAY,**
a/k/a "Ricco,"
a/k/a "Cutty,"

shall forfeit to the United States any firearms and ammunition involved in the offense(s), including but not limited to a fully automatic, 9mm Polymer 80 privately made firearm; a Mossberg 9mm handgun, bearing serial number 047440CP; and approximately 17 rounds of 9mm ammunition.

### Substitute Assets

3. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty,

3

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron/wcb*
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
_____
Foreperson

9/26/23
_____
Date