KSC/02.28.24

MCH/JH USAO# 2023R00163 

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. JRR-23-0342** |
| | * | |
| v. | * | (Unlawful Possession of a Machinegun, |
| | * | 18 U.S.C. § 922(o); Forfeiture, 18 U.S.C. |
| **DEVIN MARCUS GRAY,** | * | § 924(d), 21 U.S.C. § 853(p), 28 U.S.C. |
| a/k/a "Ricco," | * | § 2461(c)) |
| a/k/a "Cutty," | * | |
| | * | |
| Defendant. | * | |

*****

## SUPERSEDING INFORMATION

### COUNT ONE
### (Unlawful Possession of a Machinegun)

The United States Attorney for the District of Maryland charges that:

On or about April 5, 2023, in the District of Maryland, the defendant,

**DEVIN MARCUS GRAY,**
a/k/a "Ricco,"
a/k/a "Cutty,"

did knowingly possess a machinegun, that is, a fully automatic, 9mm Polymer 80 privately made firearm.

18 U.S.C. § 922(o)

## FORFEITURE

The United States Attorney further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One.

### Firearms and Ammunition Forfeiture

2. Upon conviction of any offense alleged in Count One of this Information, the Defendant,

**DEVIN MARCUS GRAY,**
a/k/a "Ricco,"
a/k/a "Cutty,"

shall forfeit to the United States any firearms and ammunition involved in the offense.

### Substitute Assets

3. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

April 19, 2024
Date

Erek L. Barron
United States Attorney